# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UDEME EDOHO-EKET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-01327 |
| ) | |
| RH, RESTORATION HARDWARE INC. ) | JUDGE CAMPBELL |
| et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 11), which was filed on January 16, 2019. Through the Report and Recommendation, the Magistrate Judge recommends the Motions to Dismiss filed by Defendant Restoration Hardware (Doc. No. 6) and Defendant Lincoln Property Management (Doc. No. 9) be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the Motion to Dismiss filed by Defendant Restoration Hardware (Doc. No. 6) and the Motion to Dismiss filed by Defendant Lincoln Property Management (Doc. No. 9) are **GRANTED.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE